JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRENSHAW SUBWAY COALITION, a nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL TRANSIT ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-1672 FMO (JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of September 23, 2015, issued in Case No. CV 11-9603 FMO (JCx), IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 5th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge